UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, )<br>*ex rel.* ROBERT POPPLEWELL )<br>and TODD SHIPLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRITTON BRIDGE, LLC, )<br>)<br>Defendant. ) | No. 3:15-cv-00649<br><br>Judge Sharp<br>Magistrate Judge Knowles |

## ORDER

For the reasons stated in the Memorandum filed contemporaneously herewith, the Court rules as follows:

Defendant's Motions to Dismiss/Strike (Docket Nos. 15 & 21) are GRANTED IN PART and DENIED IN PART. The Motions are GRANTED with respect to the allegations relating to the use of undocumented workers, and Relators' claim under the False Claims Act is DISMISSED to the extent it relies on such allegations. The Motions are DENIED with respect to the request to strike Paragraphs 18, 19, and 23.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1